```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re:                                                           :
                                                                 :
CARMINE P. AMELIO,                                               :
                                                                 :         20-CV-3080 (JPC)
                Debtor.                                          :
                                                                 :         NOTICE OF
-----------------------------------------------------------------X         REASSIGNMENT
                                                                 :
CARMINE P. AMELIO,                                               :
                                                                 :
                Appellant.                                       :
                                                                 :
        -v-                                                      :
                                                                 :
DEBORAH J. PIAZZA,                                               :
                                                                 :
                Appellee.                                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This bankruptcy appeal has been reassigned to the undersigned for all purposes. Parties are directed to review and comply with the Court's Individual Rules and Procedures (available at the Court's website, https://www.nysd.uscourts.gov/hon-john-p-cronan) to the extent they are not inconsistent with the Federal Rules of Bankruptcy Procedures.

SO ORDERED.

Dated: October 23, 2020
       New York, New York
                                                        _____
                                                        JOHN P. CRONAN
                                                        United States District Judge