**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:

CARMINE P. AMELIO,

                    Debtor.
------------------------------------------------------------X

CARMINE P. AMELIO,

                    Appellant,                  20 **CIVIL** 3080 (JPC)

        -against-                           **JUDGMENT**

DEBORAH J, PIAZZA,

                    Appellee.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated

in the Court's Opinion and Order dated November 30, 2020, the Trustee's motion to dismiss this

appeal for lack of jurisdiction is granted; accordingly, this action is closed.

**Dated:** New York, New York
        November 30, 2020

                                  **RUBY J. KRAJICK**
                                  _____
                                     **Clerk of Court**
           **BY:**
                                       **Deputy Clerk**